# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2184
_____

Andrew K. Bollinger

*Plaintiff - Appellant*

v.

AutoZoners, LLC

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Nebraska - Omaha
_____

Submitted: December 17, 2024
Filed: January 17, 2025
[Unpublished]
_____

Before SMITH, KELLY, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Andrew Bollinger appeals the district court's[1] adverse grant of summary judgment in his employment-related action. After careful review of the record and

_____

[1]The Honorable Robert F. Rossiter, Jr., Chief Judge, United States District Court for the District of Nebraska.

the parties' arguments on appeal, we conclude the grant of summary judgment was proper.  See Brooks v. Roy, 776 F.3d 957, 959-60 (8th Cir. 2015) (reviewing grant of summary judgment de novo).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____